WEES LAW FIRM, L.L.C.
3216 N. Third St., Suite 201
Phoenix, AZ 85012
(602) 288-1691
James F. Wees (#011136)
james@weeslawfirm.com
Damian M. Zimmer (036162)
damian@weeslawfirm.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Lucero, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STI Trucking, Inc., an Indiana Corporation; Alexander Kim and Jane Doe Kim, Husband and Wife; Dmitry Karp and Jane Doe Karp, Husband and Wife,<br><br>　　　　　　Defendants. | CASE NO. CV-22-8035-PCT-SMB<br><br>**ANSWER**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

　　　　The Defendants STI Trucking, Inc., an Indiana Corporation; Alexander Kim and Dmitry Karp, by and through their counsel undersigned, for their Answer to the Plaintiffs' Complaint on file in this action hereby admits, denies and alleges as follows:

　　　　1.　　Defendants deny the averments of Paragraph 1 of the Complaint.

　　　　2.　　Defendants deny the averments of Paragraph 2 of the Complaint.

　　　　3.　　Defendants deny the averments of Paragraph 3 of the Complaint.

　　　　4.　　Defendants admit the averments of Paragraph 4 of the Complaint.

　　　　5.　　Defendants admit the averments of Paragraph 5 of the Complaint.

6. Defendants deny the averments of Paragraph 6 of the Complaint.

7. Defendants admit the averments of Paragraph 7 of the Complaint.

8. Defendants admit the averments of Paragraph 8 of the Complaint.

9. Defendants deny the averments of Paragraph 9 of the Complaint.

10. Defendants deny the averments of Paragraph 10 of the Complaint.

11. Defendants admit the averments of Paragraph 11 of the Complaint.

12. Defendants admit the averments of Paragraph 12 of the Complaint.

13. Defendants admit the averments of Paragraph 13 of the Complaint.

14. Defendants admit the legal premise of *respondeat superior* contained within Paragraph 14 of the Complaint but expressly deny any liability exists.

15. Defendants deny the averments of Paragraph 15 of the Complaint.

16. Defendants deny the averments of Paragraph 16 of the Complaint.

17. Defendants deny the averments of Paragraph 17 of the Complaint.

18. Defendants admit the legal premise of *respondeat superior* contained within Paragraph 18 of the Complaint but expressly deny any liability exists.

19. Defendants deny the averments of Paragraph 19 of the Complaint.

20. Defendants deny the averments of Paragraph 20 of the Complaint.

21. Defendants admit the averments of Paragraph 21 of the Complaint.

22. Defendants deny the averments of Paragraph 22 of the Complaint.

23. Defendants admit the averments of Paragraph 23 of the Complaint.

24. Defendants admit the averments in Paragraph 24 of the Complaint.

25. Defendants admit the averments of Paragraph 25 of the Complaint.

26. Defendants admit the averments of Paragraph 26 of the Complaint.

27. Defendants admit the averments of Paragraph 27 of the Complaint.

## GENERAL ALLEGATIONS

28. No response is required to Paragraph 28 of the Complaint.

29. Defendants admit the averments of Paragraph 29 of the Complaint.

30. Defendants admit the averments of Paragraph 30 of the Complaint.

31. Defendants deny the averments of Paragraph 31 of the Complaint.

32. Defendants deny the averments of Paragraph 32 of the Complaint.

33. Defendants deny the averments of Paragraph 33 of the Complaint.

34. Defendants admit the averments of Paragraph 34 of the Complaint.

35. Defendants deny the averments of Paragraph 35 of the Complaint.

36. Defendants deny the averments of Paragraph 36 of the Complaint.

37. Defendants deny the averments of Paragraph 37 of the Complaint.

38. Defendants deny the averments of Paragraph 38 of the Complaint.

39. Defendants deny the averments of Paragraph 39 of the Complaint.

40. Defendants deny the averments of Paragraph 40 of the Complaint.

41. Defendants deny the averments of Paragraph 41 of the Complaint.

42. Defendants deny the averments of Paragraph 42 of the Complaint.

43. Defendants deny the averments of Paragraph 43 of the Complaint.

44. Defendants are without sufficient information to form a reasonable belief in order to admit or deny the averments of Paragraph 44 of the Complaint and therefore make no

answer to the averments contained within Paragraph 44 to the extent an answer is required Defendants deny the averments of Paragraph 44 of the Complaint.

45. Defendants admit the averments of Paragraph 45 of the Complaint.

46. Defendants are without sufficient information to form a reasonable belief in order to admit or deny the averments of Paragraph 46 of the Complaint and therefore make no answer to the averments contained within Paragraph 46 to the extent an answer is required Defendants deny the averments of Paragraph 46 of the Complaint.

47. Defendants deny the averments of Paragraph 47 of the Complaint.

48. Defendants are without sufficient information to form a reasonable belief in order to admit or deny the averments of Paragraph 48 of the Complaint and therefore make no answer to the averments contained within Paragraph 48 to the extent an answer is required Defendants deny the averments of Paragraph 48 of the Complaint.

49. Defendants are without sufficient information to form a reasonable belief in order to admit or deny the averments of Paragraph 49 of the Complaint and therefore make no answer to the averments contained within Paragraph 49 to the extent an answer is required Defendants deny the averments of Paragraph 49 of the Complaint.

50. Defendants deny the averments of Paragraph 50 of the Complaint.

## NEGLIGENT HIRING – DEFENDANT STI TRUCKING

51. No response is required to the averments of Paragraph 51 of the Complaint.

52. Defendants admit the averments of Paragraph 52 of the Complaint.

53. Defendants admit the averments of Paragraph 53 of the Complaint.

54. Defendants deny the averments of Paragraph 54 of the Complaint.

55. Defendants deny the averments of Paragraph 55 of the Complaint.

56. Defendants deny the averments of Paragraph 56 of the Complaint.

57. Defendants deny the averments of Paragraph 57 of the Complaint.

58. Defendants deny the averments of Paragraph 58 of the Complaint.

59. Defendants deny the averments of Paragraph 59 of the Complaint.

60. Defendants deny the averments of Paragraph 60 of the Complaint.

61. Defendants deny the averments of Paragraph 61 of the Complaint.

**NEGLIGENT TRAINING – DEFENDANT STI TRUCKING**

62. No response is required to Paragraph 62 of the Complaint.

63. Defendants admit the averments of Paragraph 63 of the Complaint.

64. Defendants deny the averments of Paragraph 64 of the Complaint.

65. Defendants admit the averments of Paragraph 65 of the Complaint.

66. Defendants admit the averments of Paragraph 66 of the Complaint.

67. Defendants deny the averments of Paragraph 67 of the Complaint.

68. Defendants deny the averments of Paragraph 68 of the Complaint.

69. Defendants deny the averments of Paragraph 69 of the Complaint.

70. Defendants deny the averments of Paragraph 70 of the Complaint.

71. Defendants deny the averments of Paragraph 71 of the Complaint.

72. Defendants deny the averments of Paragraph 72 of the Complaint.

73. Defendants deny the averments of Paragraph 73 of the Complaint.

74. Defendants deny the averments of Paragraph 74 of the Complaint.

## NEGLIGENT SUPERVISION & RETENTION – DEFENDANT STI TRUCKING

75. No response is required to Paragraph 75 of the Complaint.

76. Defendants admit the averments of Paragraph 76 of the Complaint.

77. Defendants admit the averments of Paragraph 77 of the Complaint.

78. Defendants deny the averments of Paragraph 78 of the Complaint.

79. Defendants deny the averments of Paragraph 79 of the Complaint.

80. Defendants deny the averments of Paragraph 80 of the Complaint.

81. Defendants deny the averments of Paragraph 81 of the Complaint.

82. Defendants deny the averments of Paragraph 82 of the Complaint.

83. Defendants deny the averments of Paragraph 83 of the Complaint.

84. Defendants deny the averments of Paragraph 84 of the Complaint.

85. Defendants deny the averments of Paragraph 85 of the Complaint.

86. Defendants deny the averments of Paragraph 86 of the Complaint.

87. Defendants deny the averments of Paragraph 87 of the Complaint.

88. Defendants deny the averments of Paragraph 88 of the Complaint.

89. Defendants deny the averments of Paragraph 89 of the Complaint.

90. Defendants deny the averments of Paragraph 90 of the Complaint.

91. Defendants deny the averments of Paragraph 91 of the Complaint.

## NEGLIGENT MAINTENANCE – DEFENDANT STI TRUCKING

92. No response is required to Paragraph 92 of the Complaint.

93. Defendants admit the averments of Paragraph 93 of the Complaint.

94. Defendants deny the averments of Paragraph 94 of the Complaint.

95. Defendants are without sufficient information to form a reasonable belief in order to admit or deny the averments of Paragraph 95 of the Complaint and therefore make no answer to the averments contained within Paragraph 95 to the extent an answer is required Defendants deny the averments of Paragraph 95 of the Complaint.

96. Defendants deny the averments of Paragraph 96 of the Complaint.

97. Defendants deny the averments of Paragraph 97 of the Complaint.

### NEGLIGENT ENTRUSTMENT – DEFENDANT STI TRUCKING

98. No response is required to Paragraph 98 of the Complaint.

99. Defendants admit the averments of Paragraph 99 of the Complaint.

100. Defendants deny the averments of Paragraph 100 of the Complaint.

101. Defendants deny the averments of Paragraph 101 of the Complaint.

### STATUTORY VIOLATIONS – DEFENDANT STI TRUCKING

102. No response is required to Paragraph 102 of the Complaint.

103. Defendants deny the averments of Paragraph 103 of the Complaint.

104. Defendants deny the averments of Paragraph 104 of the Complaint.

105. Defendants deny the averments of Paragraph 105 of the Complaint.

### RESPONDEAT SUPERIOR – DEFENDANT STI TRUCKING

106. No response is required to Paragraph 106 of the Complaint.

107. Defendants admit the averments of Paragraph 107 of the Complaint.

108. Defendants admit the averments of Paragraph 108 of the Complaint.

109. Defendants admit the averments of Paragraph 109 of the Complaint.

110. Defendants admit the averments of Paragraph 110 of the Complaint.

111. Defendants admit the averments of Paragraph 111 of the Complaint.

112. Defendants admit the averments of Paragraph 112 of the Complaint.

113. Defendants deny the averments of Paragraph 113 of the Complaint.

114. Defendants deny the averments of Paragraph 114 of the Complaint.

### NEGLIGENCE – DEFENDANT KIM

115. No response is required to Paragraph 115 of the Complaint.

116. Defendants admit the averments of Paragraph 116 of the Complaint.

117. Defendants admit the averments of Paragraph 117 of the Complaint.

118. Defendants admit the averments of Paragraph 118 of the Complaint.

119. Defendants deny the averments of Paragraph 119 of the Complaint.

120. Defendants deny the averments of Paragraph 120 of the Complaint.

121. Defendants deny the averments of Paragraph 121 of the Complaint.

### STATUTORY VIOLATIONS – DEFENDANT KIM

122. No response is required to Paragraph 122 of the Complaint.

123. Defendants deny the averments of Paragraph 123 of the Complaint.

124. Defendants deny the averments of Paragraph 124 of the Complaint.

125. Defendants deny the averments of Paragraph 125 of the Complaint.

### PUNITIVE DAMAGES – DEFENDANTS STI TRUCKING, KARP, & KIM

126. No response is required to Paragraph 126 of the Complaint.

127. Defendants deny the averments of Paragraph 127 of the Complaint.

128. Defendants deny the averments of Paragraph 128 of the Complaint.

129. Defendants deny the averments of Paragraph 129 of the Complaint.

130. Defendants deny the averments of Paragraph 130 of the Complaint.

131. Defendants deny the averments of Paragraph 131 of the Complaint.

132. No response is required to Paragraph 132 of the Complaint.

### INJICTION – DEFENDANTS STI TRUCKING, KARP & KIM

133. No response is required to Paragraph 133 of the Complaint.

134. No response is required to Paragraph 134 of the Complaint.

135. No response is required to Paragraph 135 of the Complaint.

136. Defendants deny each and every averment of the Plaintiff's Complaint not expressly admitted in the paragraphs above.

### AFFIRMATIVE DEFENSES

137. The Complaint fails to state a claim upon which relief may be granted.

138. Plaintiff's injuries are the result of his/her comparative fault and/or contributory negligence and Plaintiff's recovery, if any, should be reduced accordingly.

139. Plaintiff's damages, if any, are the result of the intervening, supervening acts of third persons, over whom Defendants have no control, and Plaintiff's recovery, if any, should be reduced and/or apportioned accordingly.

140. Defendants reserve the right to supplement these affirmative defenses as discovery progresses.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray that the Complaint be dismissed, with prejudice, that Plaintiff take nothing thereby, and that Defendant be awarded its costs of court, and such other and further relief as the Court deems just and proper.

**DATED** this 26th day of April 2022.

                              WEES LAW FIRM, L.L.C.

                    By: */s/Damian M. Zimmer*
                        James F. Wees, Esq.
                        Damian M. Zimmer, Esq.
                        3216 N. Third St., Suite 2301
                        Phoenix, Arizona 85012
                        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26th, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, thereby transmitting a Notice of Electronic Filing to all ECF registrants.

**COURTESY COPY** of the foregoing e-mailed this 26th day of April, 2022, to:

THE SKIVER LAW FIRM
Ryan Skiver, Esq.
Stephen A. Skiver, Esq.
7201 E. Camelback Road, Suite 290
Scottsdale, AZ  85251
rskiver@skiverlawfirm.com
sskiver@skiverlawfirm.com
Attorneys for Plaintiff


By: */s/ Damian M. Zimmer*