**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** May 7, 2024 |
| **Case Number:** CV-22-08035-PCT-SMB | |
| Lucero v. STI Trucking Incorporated et al | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Alejandro Acosta | James F. Wees |
| | James D. Tawney | |
| | Ryan Christopher Skiver | |
| | Kellen W. Bradley | |
| | | With Timur Sleptsov – Owner, |
| | With Plaintiff Joseph Lucero | STI Trucking, Inc. |

**JURY TRIAL (Day 1)**

9:06 a.m. This is the time set for Jury Trial. Counsel and parties present. Panel of 28 prospective jurors are present and administered the oath. Voir dire commences. 10:27 a.m. The jury panel exits the courtroom and court remains in session. Trial matters discussed. 10:31 a.m. Court is in recess.

10:47 a.m. Court reconvenes. Counsel and parties present. The jury panel is not present. Trial matters discussed. 10:49 a.m. Jury panel is present. Voir dire resumes. 11:34 a.m. The jury panel exits the courtroom and court remains in session. The following jurors are stricken for cause: 14, 15, 20, 22, and 23. Plaintiff's motion for cause to strike juror no. 21 is argued to the Court. Over objection, juror 21 is struck. Plaintiff's motion for cause to strike potential juror no. 7 is argued to the Court. The motion is denied. There are no strikes for cause from the Defendant. 11:42 a.m. Court is in recess.

12:02 p.m. Court reconvenes. Counsel and parties present. The jury panel is not present. Discussion held regarding peremptory strikes. There are no Batson challenges. 12:09 p.m. The jury panel is present. Panel of seven (7) jurors are seated and the remaining jury panel members are excused. The selected jurors are administered the oath and limited instructions are given to the jurors. 12:13 p.m. The jurors exit the courtroom and court remains in session. Trial matters discussed. 12:15 p.m. Court is in recess.

1:36 p.m. Court reconvenes. Counsel and parties present. The jury is present. The Court reads the preliminary jury instructions to the jury. Opening statements are presented. 3:07 p.m. Court is in recess.

3:26 p.m. Court reconvenes. Counsel and parties present. The jury is present. **Plaintiff's case:** Randy Sanchez appearing via Zoom is sworn and examined. The witness is excused. Lucas Lucero appearing via Zoom is sworn and examined. The witness is excused. 4:24 p.m. The jury exits the courtroom and court remains in session. Discussion held regarding witness testimony and trial matters.

4:27 p.m. Court is in recess until Wednesday, May 8, 2024 at 9:00 a.m.

**CV-22-08035-PCT-SMB**                                        **May 7, 2024**

**Lucero v. STI Trucking Incorporated et al**                  Page 2 of 2

Deputy Clerk: Elaine Garcia
Court Reporter: Christine Coaly

**Start: 9:06 AM**
**Stop:  4:27 PM**
**Total: 5 hrs 5 mins**