**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, AZ  85004-2553
(602) 257-7959
Charles W. Wirken – AZ Bar no. 004276
cwirken@gustlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Lucero, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STI Trucking, Inc., *et al*.,<br><br>    Defendants. | No. 3:22-cv-08035-SMB<br><br>**NOTICE OF APPEAL** |

      Defendants STI Trucking, Incorporated and Alexander Kim appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on May 17, 2024 (Doc. 167) and the Order (Doc. 213) entered on January 16, 2025 denying Defendants' Motion for New Trial and Renewed Motion for Judgment as a Matter of Law.

      Respectfully submitted on January 30, 2025.

                                   **GUST ROSENFELD P.L.C.**

                                   By /s/ *Charles W. Wirken*
                                           Charles W. Wirken
                                           Attorneys for Defendants

6432808.1

## Representation Statement

**Appellants**

    Names of parties:

        STI Trucking, Inc.

        Alexander Kim

    Name of counsel:

        Charles W. Wirken
        Gust Rosenfeld, PLC
        1 E. Washington Street, Suite 1600
        Phoenix, AZ 85004
        (602) 257-7959
        cwirken@gustlaw.com

        Counsel is registered for Electronic Filing in the 9th Circuit

**Appellee**

    Name of party:

        Joseph Lucero

    Names of counsel:

        James D. Tawney
        Alejandro Acosta, III
        Tawney Acosta & Chaparro PC – El Paso
        7016 Orizaba Ave.
        El Paso, TX  79912
        (915) 308-1000
        jtawney@tacinjurylaw.com
        aacosta@ftalawfirm.com

        Mark D. Standridge
        Tawney Acosta & Chaparro PC – Las Cruces
        1485 N. Main St., Ste. B
        Las Cruces, NM 88001
        (575) 222-1000
        mstandridge@tacinjurylaw.com

| | |
|---|---|
| 1 | Ryan Christopher Skiver |
| 2 | Kellen W. Bradley |
|   | Skiver Law Firm - Phoenix |
| 3 | Skiver Bradley PLLC |
|   | 3943 E. Whitton Ave. |
| 4 | Phoenix, AZ  85018 |
|   | (480) 626-1667 |
| 5 | rskiver@skiverbradley.com |
| 6 | kbradley@skiverbradley.com |
| 7 | Stephen Allen Skiver |
|   | Skiver Law Firm - Scottsdale |
| 8 | 7201 E. Camelback Rd., Ste. 290 |
|   | Scottsdale, AZ  85251 |
| 9 | (480) 626-1667 |
| 10 | Sskiver@skiverlawfirm.com |

6432808.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing, thereby transmitting a Notice of Electronic Filing to all ECF registrants.

*By: /s/ Karol Cannizzaro*

6432808.1

4